GUILLERMO ATILES MORÉU, ETC., recurrente, *v.* COMISIÓN INDUSTRIAL DE PUERTO RICO; MARÍA TERESA ATILES, ETC., y TIRSO LÓPEZ CORDERO ET AL., recurridos.

Número: 541    Resuelto: 15 de marzo de 1962

*Donald R. Dexter* y *Carmen Ana Archevald,* abogados del recurrente.   Los recurridos no comparecieron ante el Tribunal.

Sala integrada por el Juez Asociado Señor Belaval como Presidente de Sala y los Jueces Asociados Señores Hernández Matos y Santana Becerra.

EL JUEZ ASOCIADO SEÑOR BELAVAL emitió la opinión del Tribunal.

Se trata de otro accidente de muerte ocasionada por un rayo que electrocutó al obrero Manuel López Cordero.   La única diferencia entre este caso y el caso de *Candelaria* v. *Comisión Industrial,* 85 D.P.R. 20 (1962), resuelto en esta misma fecha, es que en el presente caso, el obrero se encontraba dentro de una casa, situada cerca de la finca de su patrono, pagándole a los obreros de dicho patrono cuando fue alcanzado por el rayo.

La Comisión Industrial de Puerto Rico resolvió, revocando la determinación del Administrador del Fondo del Seguro del Estado, que el accidente ocurrió mientras el occiso realizaba un acto o función, inherente a su trabajo, en el

curso del mismo y resultaba compensable. En su recurso de revisión ante nos, el Administrador alega que no se alegó ni probó que el occiso, por razón de su trabajo, estuviera expuesto al riesgo de ser alcanzado por un rayo en mayor grado que los demás miembros de la comunidad.

El acto de trabajo—pagarle a los obreros de su patrono—resultaba inherente a sus funciones como capataz y se desarrolló en el curso ordinario de dichas funciones. De acuerdo con la doctrina que hemos sentado en el caso de *Candelaria*, esto es suficiente para hacer el caso compensable. Es indudable que la exposición al riesgo guarda causalidad directa con el acto de trabajo, independiente del mayor o menor riesgo a que quedaran expuestos los otros miembros de la comunidad.

*Debe confirmarse la resolución objeto de este recurso.*